**STATE of Missouri, Respondent,**

v.

**Steven WINSTON, Appellant.**

No. 51433.

Missouri Court of Appeals,
Eastern District,
Division Seven.

Feb. 10, 1987.

Motion for Rehearing and/or Transfer
Denied April 9, 1987.

Application to Transfer Denied
May 19, 1987.

Ilene Goodman, St. Louis, for appellant.

William L. Webster, Atty. Gen., Kurt Hentz, Asst. Atty. Gen., Jefferson City, for respondent.

ORDER

PER CURIAM.

After a guilty verdict of second degree burglary the defendant appeals from the judgment sentencing him as a persistent offender to ten years in prison.

A formal opinion here would have no precedential value. We affirm in accordance with Criminal Rule 30.25(b).

**Earsel Larry JOHNSON, Appellant,**

v.

**STATE of Missouri, Respondent.**

No. 51807.

Missouri Court of Appeals,
Eastern District,
Division Two.

Feb. 17, 1987.

Motion for Rehearing and/or Transfer
Denied March 19, 1987.

Application to Transfer Denied
May 19, 1987.

Deborah L. Stockhausen, Asst. Public Defender, St. Louis, for appellant.

William L. Webster, Atty. Gen., Colly Frissell-Durley, Asst. Atty. Gen., Jefferson City, for respondent.

ORDER

PER CURIAM.

Movant appeals from the denial of his Rule 27.26 motion without an evidentiary hearing. We affirm. An extended opinion would serve no jurisprudential purpose. The parties have been furnished with a memorandum for their information only setting forth the reasons for our order affirming the judgment pursuant to Rule 84.16(b).